# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LEON CORNELIUS WOODS,       )<br>    Petitioner,       )<br>       )<br>v.       )<br>       )<br>UNITED STATES OF AMERICA,       )<br>    Respondent.       ) | CIVIL ACTION NO. 08-0737-KD<br>CRIMINAL ACTION NO. 07-0047-KD-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 7, 2009, is **ADOPTED** as the opinion of this Court with the following amendment to Page 28: Petitioner's Motion to Amend (Doc. 468) is **DENIED** as futile (as opposed to granted). (Doc. 479 at 28).

**DONE** and **ORDERED** this the **17th** day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**