IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **vs.** | : | **CIVIL ACTION 08-0737-KD** |
| | | **CRIMINAL ACTION 07-0047-KD-C** |
| **LEON CORNELIUS WOODS** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to Leon Cornelius Woods' motion for Certificate of Appealability, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated December 14, 2009 is **ADOPTED** as the opinion of this Court. Because reasonable jurists could not debate whether Woods § 2255 petition should have been resolved in a different manner, petitioner's Motion for Certificate of Appealability (Doc. 500) is due to be and hereby is **DENIED**.

**DONE** and **ORDERED** this the **17th** day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**