IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| LEON CORNELIUS WOODS, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | |
| vs. | : | CRIMINAL ACTION 08-00737-KD-C |
| | : | CIVIL ACTION 07-00047-KD-C |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to Leon Cornelius Woods' motion for leave to appeal *in forma pauperis*, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated November 19, 2010 is **ADOPTED** as the opinion of this Court.

Further, it is **CERTIFIED** that Woods' appeal is not taken in good faith in that he has failed to show that he has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals. Therefore, Woods' motion for leave to appeal *in forma pauperis* (Doc. 532) is **DENIED**.

**DONE** and **ORDERED** this the **29th** day of **November 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**